UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Cassandra Longenbach,<br><br>　　　　　　　　Plaintiff,<br>　v.<br><br>Synchrony Bank f/k/a GE Capital Retail Bank;<br>and DOES 1-10, inclusive,<br><br>　　　　　　　　Defendants. | Civil Action No.: 5:15-cv-00770-EGS |

### NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within 60 days.

Dated: May 29, 2015

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF, Cassandra Longenbach

　　　　　　　　　　　　　　　　　　　　　　/s/ Jody B. Burton

　　　　　　　　　　　　　　　　　　　　　　Jody B. Burton, Esq.
　　　　　　　　　　　　　　　　　　　　　　Bar No.: 71681
　　　　　　　　　　　　　　　　　　　　　　**LEMBERG LAW, L.L.C.**
　　　　　　　　　　　　　　　　　　　　　　1100 Summer Street, 3rd Floor
　　　　　　　　　　　　　　　　　　　　　　Stamford, CT 06905
　　　　　　　　　　　　　　　　　　　　　　Telephone: (203) 653-2250
　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (203) 653-3424
　　　　　　　　　　　　　　　　　　　　　　jburton@lemberglaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 29, 2015, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            By_/s/ Jody B. Burton_____

            Jody B. Burton